IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN 18 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CRAIG SANFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00940 (GBL/IDD) |
| ) | |
| SCG INTERNATIONAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

FOR THE REASONS stated from the bench, and in accord with the findings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' First Motion for Leave to Amend the Complaint [47] is **GRANTED** in part and **DENIED** in part. The motion is granted as to the additional counts the amended complaint sets forth against Defendants SCG International, LLC ("SCG") and/or James Smith, also known as, Jamie Smith ("Mr. Smith"). The motion is denied as to the addition of Allison Smith as a Defendant in this case; it is further

**ORDERED** that, in accordance with this Court's ruling, Plaintiffs file an amended complaint with the Court by close of business on Wednesday, January 19, 2011; it is further

**ORDERED** that Plaintiffs' First Motion to Compel and for Sanctions [51] is **GRANTED** in part and **DENIED** in part; the motion is granted as to sanctions against Mr. Smith for his failure to appear at his properly noticed deposition. Therefore, it is further

**ORDERED** that Mr. Smith pay all costs associated with the December 30, 2010 deposition and costs associated with the portion of Plaintiffs' motion to compel that pertains to the missed deposition; it is further

**ORDERED** that Mr. Smith confer with Plaintiffs to schedule a future deposition for the earliest possible date in February after his return to the United States; therefore, the Plaintiffs' request that Mr. Smith's deposition be scheduled for January 19, 2011, is denied; and it is further

**ORDERED** that Plaintiffs' request for sanctions against Mr. Smith for his failure to appear at the initial pretrial conference held on December 21, 2010, is also denied.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 18th day of January 2011.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia