# CIVIL MINUTES

DATE: 3-4-11   CASE NUMBER: 1:10 CV940   START 11:40
JUDGE: Lee   REPORTER: R. Wilson   END ____

Craig Sanford, et al.

v.

SCG International, LLC, et al.

Counsel for Plaintiff(s): ✓ John Petersen

Counsel for Defendant(s): ✓ Brent Van Norman

THIS MATTER CAME ON FOR HEARING ON: ____

Δ's motion to dismiss - heard, findings stated, + denied. + mot. to dism. on conversion + unjust enrichment - granted.

Δ's motion to transfer case (Court stated that no further argument was needed and the Court was prepared to rule on the papers). Findings stated. Denied as untimely.