IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Craig Sanford and<br>Mary Jo Sanford,<br><br>    Plaintiffs,<br><br>        v.<br><br>SCG International, LLC, and,<br>James F. Smith Jr.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:10-cv-940 (GBL/IDD)<br>)<br>)<br>)<br>)<br>) |

### ORDER

THIS MATTER is before the Court on Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6) and Motion to Transfer Case. (Dkt. Nos. 70, 73.) For the reasons stated in open court on Friday, March 4, 2011, it is hereby

ORDERED that Defendants' Motion to Dismiss Pursuant to Federal Rule 12(b)(3) is DENIED. It is further

ORDERED that Defendants' Motion to Dismiss Pursuant to Federal Rule 12(b)(6) is DENIED as to Counts I, III, and V. It is further

ORDERED that Defendants' Motion to Dismiss Pursuant to Federal Rule 12(b)(6) is GRANTED for Counts II and IV. It is further

ORDERED that Defendants' Motion to Transfer is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 14th day of March, 2011.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge