IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
AUG 11 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CRAIG SANFORD )
MARY JO SANFORD )
)
)
Plaintiffs. )
) Civil Action No. 1:10-cv-00940-GBL-IDD
v. )
)
SCG INTERNATIONAL, LLC, )
)
and )
)
JAMES F. SMITH, JR. )
)
Defendants. )
)

## VERDICT FORM

We, the jury, unanimously agree to the following findings and return them in accordance with the instructions of this Court as our verdict in this case.

### ON THE ISSUE OF FRAUD AGAINST SCG INTERNATIONAL, L.L.C.

We, the jury find for:

THE PLAINTIFFS ✓_____

THE DEFENDANTS _____

### ON THE ISSUE OF FRAUD AGAINST JAMES F. SMITH, JR.

We, the jury, find for:

THE PLAINTIFFS ✓_____

THE DEFENDANTS _____

If you have found for the Plaintiffs on either issue, please complete the following:

Having found for the Plaintiffs, we award judgment in the amount of:

$ __9,500,000.00__ in compensatory damages,

$ __350,000.00__ in punitive damages,

With pre-judgment interest to run from __11 AUG 2011__ (NONE)   (Date)

I hereby certify that the foregoing answers are the unanimous Verdict rendered by the jury on the trial of this action.

REDACTED

Signature of Jury Foreperson

__(11 AUG 2011)__
Date