IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Craig Sanford, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE No. 1:10-cv-940 |
| ) | |
| SCG International, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER is before the Court on Defendants' Renewed Rule 50(b) Motion for Judgment as a Matter of Law. (Dkt. No. 162.) Defendants reiterate the same issues that were raised in their Rule 50(b) Motions for Judgment as a Matter of Law at trial. For the reasons stated in open court on August 9, 2011, it is hereby

ORDERED that Defendants' Motion is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 15th day of November, 2011.

Alexandria, Virginia
11/15/2011

/s/
Gerald Bruce Lee
United States District Judge